Amanda M. Perach, Esq. (NSBN 12399)
Karyna M. Armstrong, Esq. (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
aperach@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BETH MAZZA AND VICTORIA SIVRAIS,<br><br>Plaintiffs,<br><br>v.<br><br>LEADERSHIP BOOKS, INC. AND MICHAEL STICKLER, DOES 1-10, INCLUSIVE; ROE ENTITIES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 2:25-cv-00232-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiffs Beth Mazza and Victoria Sivrais (collectively "Plaintiffs"), Defendant Leadership Books, Inc. ("LBI"), and Defendant Michael Stickler ("Stickler" with LBI, collectively "Defendants" and with Plaintiffs, the "Parties") submit this Stipulation and Order to Extend Discovery Plan and Scheduling Order (First Request) pursuant to LR 1A 6-1 and LR 26-3 as follows:

**I.    PROCEDURAL HISTORY**

On February 3, 2025, Plaintiffs filed their Complaint against Defendants. [ECF No. 1]. On May 9, 2025, Defendants filed their Answer. [ECF No. 7]. On June 9, 2025, Defendants filed their Renewed Motion to Compel Arbitration and Stay Proceedings ("Renewed Motion"). [ECF No. 23]. Plaintiffs filed their Opposition to the Renewed Motion on June 23, 2025. [ECF No. 24].

The Parties submitted their Stipulated Discovery Plan and Scheduling Order pursuant to Fed. R. Civ. P. 26(f)(3) and LR 26-1 on June 23, 2025 [ECF No. 25]. The Court entered the Discovery Plan and Scheduling Order on June 24, 2025. [ECF No. 26].

## II. DISCOVERY COMPLETED TO DATE

On June 23, 2025, Plaintiffs served their Initial Disclosures pursuant to FRCP 26(a)(1). On August 5, 2025, Plaintiffs served their First Set of Requests for Production of Documents and First Set of Requests for Admissions on Stickler and on LBI. Defendants failed to respond to Plaintiffs' discovery requests. The Parties believe an extension of discovery deadlines is imperative to continue settlement discussions and to give the parties additional time to conduct discovery once a decision on arbitration is made.

## III. DISCOVERY REMAINING TO COMPLETE

1. Depositions of Defendants;
2. Deposition of other percipient witnesses; and
3. Written discovery as necessary.

Good cause exists to continue the current Discovery Plan and Scheduling Order. The Parties have sought to minimize litigation costs by proceeding with meaningful settlement negotiations. In addition, because a decision on arbitration has not yet been made, the Parties seek additional time to conduct discovery so that discovery can occur after a decision on arbitration is rendered.

The requested extension will conserve judicial resources, avoid unnecessary disputes, and streamline discovery and trial proceedings. Under these circumstances, good cause exists for the requested extension, promoting efficiency and fairness without prejudice to any party.

## IV. PROPOSED DISCOVERY SCHEDULE

The Parties have agreed to a ninety (90) day extension of all deadlines to allow the Parties to complete necessary discovery. A 90-day extension will allow the parties to complete their good-faith efforts to resolve the remaining issues, thereby conserving judicial resources and avoiding needless discovery disputes. In the event settlement cannot be reached, the Parties will be able to conduct additional discovery once a decision on arbitration is rendered.

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Close of Discovery | November 5, 2025 | **February 3, 2026** |
| Dispositive Motions | December 5, 2025 | **March 5, 2026** |
| Joint Pretrial Order | January 5, 2026 | **April 6, 2026** |

The Parties shall file a joint pretrial order no later than April 6, 2026 or thirty (30) days after the date set for filing dispositive motions. In the event that the Parties file dispositive motions, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision on the dispositive motions or further order of the Court. The disclosure required by Federal of Civil Procedure 26(a)(3) and objections thereto shall be made in the pre-trial order.

No trial has been set on this matter and neither party will be prejudiced by the requested extension.

**IT IS SO STIPULATED.**

DATED this 6th day of October, 2025.

McDONALD CARANO LLP

By: */s/ Amanda Perach*
   Amanda M. Perach, Esq. (NSBN 12399)
   Karyna M. Armstrong, Esq. (NSBN 16044)
   2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102

*Attorneys for Plaintiffs*

DATED this 6th day of October, 2025.

LAW OFFICE OF KEVIN F. BOYLE

By: */s/ Kevin F. Boyle*
   Kevin F. Boyle, Esq. (NSBN 14834)
   5465 Cardinal Ridge Court
   Las Vegas, Nevada 89149

*Attorney for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 7, 2025

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October, 2025, a true and correct copy of **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER PURSUANT TO FED. R. CIV. P. 26(f)(3) AND LR 26-1** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: */s/ Kimberly Kirn*
An employee of McDonald Carano LLP

4