Amanda M. Perach, Esq. (NSBN 12399)
Karyna M. Armstrong, Esq. (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
aperach@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BETH MAZZA AND VICTORIA SIVRAIS,<br><br>Plaintiffs<br><br>v.<br><br>LEADERSHIP BOOKS, INC. AND MICHAEL STICKLER, DOES 1-10, INCLUSIVE; ROE ENTITIES 1-10, INCLUSIVE,<br><br>Defendants | Case No.: 2:25-cv-00232-CDS-BNW<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiffs Beth Mazza and Victoria Sivrais (collectively "Plaintiffs"), Defendant Leadership Books, Inc. ("LBI"), and Defendant Michael Stickler ("Stickler" with LBI, collectively "Defendants" and with Plaintiffs, the "Parties"), jointly stipulate under FRCP 41(a)(1)(A)(ii) to dismiss the case with prejudice.

///

///

///

**THE PARTIES HEREBY STIPULATE AND AGREE** that under FRCP 41(a)(1)(A)(ii), the Court shall dismiss Plaintiffs' Complaint against Defendants with prejudice;

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its/his/her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 10th day of December, 2025.

McDONALD CARANO LLP

By: /s/ Amanda Perach
Amanda M. Perach, Esq. (NSBN 12399)
Karyna M. Armstrong, Esq. (NSBN 16044)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Attorneys for Plaintiffs*

DATED this 10th day of December, 2025.

LAW OFFICE OF KEVIN F. BOYLE

By: /s/ Kevin F. Boyle
Kevin F. Boyle, Esq. (NSBN 14834)
5465 Cardinal Ridge Court
Las Vegas, Nevada 89149

*Attorney for Defendants*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: December 10, 2025